UNITED STATES DISTRICT COURT
OF THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CANDI D. BONSAL, | ) | CASE NO. 4:07-CV-3165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING PARTIES' JOINT** |
| | ) | **MOTION TO EXTEND DEADLINES** |
| BORGMAN CRATE & PALLET, INC., | ) | **AND CONTINUE THE PRETRIAL** |
| | ) | **CONFERENCE AND TRIAL** |
| Defendant. | ) | |
| | ) | |

The parties' Joint Motion to Extend the Summary Judgment Deadline and Continue the Pretrial Conference and Trial, filing 32, is granted, and,

1. The deadline for filing motions for summary judgment is extended to April 29, 2008.

2. The pre-trial conference will be held before the undersigned on June 2, 2008 at 9:00 a.m.

3. Jury trial is set to commence, at the court's call, during the week of June 30, 2008 for three days, in Lincoln, Nebraska, before the Honorable Richard G. Kopf, United States District Judge.

DATED this 25th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge